**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 96-6747**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CURTIS WOODROW JONES,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Chief District Judge. (CR-93-75-A, CA-96-158-AM)

—————————

Submitted: February 27, 1997        Decided: March 10, 1997

—————————

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Curtis Woodrow Jones, Appellant Pro Se. Mark Joseph Hulkower, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion to proceed on the original record, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. United States v. Jones, Nos. CR-93-75-A; CA-96-158-AM (E.D. Va. Apr. 9, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED